**Dismissed and Opinion Filed June 17, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-16-00431-CV
_____

## IN THE INTEREST OF E.G.D. AND E.A.D., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-06657**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Bridges, and Justice Lang
Opinion by Justice Bridges

The Court has before it Denise Shelly Doyle's June 7, 2016 motion to dismiss appeal for want of jurisdiction. A review of the record shows Enoch Spurgeon Doyle filed his April 13, 2016 appeal of the trial court's April 12, 2016 temporary orders.

Appellate courts may review only final and appealable judgments or interlocutory orders specifically made appealable by statute. *See Lehmann v. Har Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Temporary orders involving child support and custody entered while a divorce proceeding is pending are interlocutory, and no statutory provision authorizes appeal of those orders. *See* TEX. FAM. CODE ANN. § 105.001(e) (West 2014); *see also Dancy v. Daggett*, 815 S.W.2d 548, 549 (Tex. 1991) (per curiam) (op. on mot. reh'g) (holding mandamus is appropriate remedy to challenge temporary orders governing issues of conservatorship and child support because trial court's issuance of temporary orders not subject to interlocutory appeal). Here, the orders Enoch seeks to appeal are temporary orders pending final decree of divorce. Therefore,

the interlocutory appeal is precluded by family code section 105.001(e). *See* TEX. FAM. CODE ANN. § 105.001(e) (West 2014).

We dismiss this appeal for lack of jurisdiction.


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

160431F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF E.G.D. AND
E.A.D., CHILDREN

No. 05-16-00431-CV

On Appeal from the 254th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-13-06657.
Opinion delivered by Justice Bridges, Chief
Justice Wright and Justice Lang
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

We **ORDER** that Denise Shelly Doyle recover her costs, if any, of this appeal from

Enoch Spurgeon Doyle.

Judgment entered June 17, 2016.